# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Jean A. Hurlbert, | Civil No. 09-2195 (RHK/FLN) |
| Plaintiff, | **ORDER FOR DISMISSAL** |
| v. | |
| Unum Group and its insuring subsidiaries, | |
| Defendant. | |

_____

Based on the parties' Stipulation (Document No. 9), **IT IS ORDERED** that this matter is **DISMISSED WITH PREJUDICE**, on the merits, and without an award of costs or disbursements to either party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 26, 2010

s/Richard H. Kyle_____
RICHARD H. KYLE
United States District Judge
